James T. CRUISE et al.

v.

David CASCIOLI et al.

No. 86–151–M.P.

Supreme Court of Rhode Island.

July 17, 1986.

## ORDER

This case is assigned to the *show cause* calendar.

Respondents are directed to appear on a date to be assigned and show cause why the order of the Superior Court precluding a party to this litigation from attending a deposition should not be summarily quashed in light of the specific provisions of Super.R.Civ.P. 30(b)(1).

In re Anthony S. DELGUIDICE

No. 86–87–M.P.

Supreme Court of Rhode Island.

July 17, 1986.

Frank A. Carter, Jr., Providence, for plaintiff.

Anthony S. DelGuidice, pro se.

## ORDER

The petition of Anthony S. Del Guidice for reinstatement as a member of the R.I. Bar is granted.

In re Petition of John and
Janice GRAY.

No. DB 333.

Supreme Court of Rhode Island.

July 17, 1986.

## ORDER

These matters came before the court on the petition of complainants John and Janice Gray to review the action of the Disciplinary Board dismissing their complaints against several respondent-attorneys.

After carefully examining the Chief Disciplinary Counsel's files herein, we conclude that there is no reason to disturb the Board's decisions.

Accordingly, the complainants' petition that the matters be reviewed, as prayed, is denied.

MURRAY, J., did not participate.

In the Matter of CRYSTAL T.

No. 86–314–A.

Supreme Court of Rhode Island.

July 17, 1986.

## ORDER

The respondent's motion for stay of the July 2, 1986 Family Court order, as prayed, is denied.

MURRAY, J., did not participate.